IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ANDERSON DIVISION

| | | |
|---|---|---|
| Mildred R. Chandler, | ) | Civil Action No. 8:16-cv-01315-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| Wal-Mart Stores East, L.P., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT APPEARING that the above-entitled matter by and between plaintiff, Mildred R. Chandler, and defendant, Wal-Mart Stores East, L.P., has been settled by compromise between the parties hereto,

NOW, THEREFORE, upon Motion of Sowell Gray Stepp & Laffitte, L.L.C., attorneys for the defendant, by and with the consent of the undersigned attorneys for the plaintiff,

IT IS STIPULATED, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the Complaint in the above-entitled action be dismissed, with prejudice.

It is hereby stipulated this     4th     day of January, 2017.

*(Signature page to follow.)*

2

| Plaintiff: | Defendant: |
|---|---|
| WILKINS & BOUTON, LLC | SOWELL GRAY STEPP & LAFFITTE, LLC |

By:   S / Robert W. Wilkins
      Robert W. Wilkins
      ID No. 11534
      Post Office Box 8373
      Greenville, SC  29604

Attorneys for Plaintiff

*Dated*:   January 4, 2017

By:   S / Rebecca Laffitte
      Rebecca Laffitte
      ID No. 1036
      J. Michael Montgomery
      ID No. 10290
      Post Office Box 11449
      Columbia, SC 29211
      (803) 929-1400

Attorneys for Defendant

*Dated*:   January 10, 2017